Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | No. CR15-164RAJ |
| v. | |
| CHRISTINE PHIRIPES, | MINUTE ORDER |
| Defendant. | |

The clerk issues the following minute order by the authority of the Honorable Richard A. Jones, United States District Court Judge:

The Amended Appearance Bond executed February 11, 2016 is modified to remove the location monitoring condition.

All other conditions of the Appearance Bond remain in full force and effect.

DATED this 30th day of September, 2016.

WILLIAM M. McCOOL,
Clerk of the Court

 */s/ Victoria Ericksen*
Deputy Clerk to Hon. Richard A. Jones

MINUTE ORDER – 1